# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HARMON BRADLEY LEWIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 16-CV-980-SMY-RJD |
| | ) |
| SCHOOL DIRECTORS OF DISTRICT NO. 7, COUNTY OF MADISON AND STATE OF ILLINOIS, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

**IT IS HEREBY ORDERED AND ADJUDGED** that, having been advised by the parties that all claims in this matter have been settled or otherwise resolved, Plaintiff's claims against the Defendant are **DISMISSED with prejudice**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:  February 3, 2017**

　　　　　　　　　　　　　　　　　　　　　　**JUSTINE FLANAGAN, Acting Clerk of Court**

　　　　　　　　　　　　　　　　　　　　　　**By: s/ Stacie Hurst, Deputy Clerk**

**Approved:**　**s/ Staci M. Yandle**
　　　　　　　　**STACI M. YANDLE**
　　　　　　　　**DISTRICT JUDGE**